## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 908 MAL 2016

             Respondent            :

                                        :    Petition for Allowance of Appeal from
                                        :    the Order of the Superior Court

           v.                     :

CKARON HANDY,                    :

             Petitioner

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 10th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.